Roger Bruce **HERRELL**, Petitioner–Appellant,

v.

Ronald J. **ANGELONE**, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 02–6011.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 29, 2002.

Roger Bruce Herrell, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Roger Bruce Herrell appeals the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Herrell v. Angelone,* No. CA–01–24 (E.D. Va. filed Nov. 19, 2001; entered Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C.A. § 636(c) (West 1993 & Supp.2001).